**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DANIEL SMITH,** | ) | **CASE NO. 1:14CV722** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **GREYSTONE ALLIANCE LLC,** | ) | **OPINION AND ORDER** |
| **ET AL.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Plaintiff Daniel Smith's unopposed Motion for Summary Judgment (ECF # 21). On September 8, 2015, the Court issued its Opinion and Order on Plaintiff's Motion for Summary Judgment. The Court granted in part and denied in part Plaintiff's Motion, granting judgment for Plaintiff on Count I of Plaintiff's Complaint for violation of the FDCPA 15 U.S.C. § 1692d. The Court denied Plaintiff's summary judgment on his remaining claims. The Court ordered Plaintiff to submit an itemized list of damages including attorney fees and costs supported by affidavit. The Court, having received Plaintiff's itemized list of damages and supporting affidavit, grants judgment for Plaintiff in the amount of $1,000 in statutory damages under 15 U.S.C. § 1692k(a)(2)(A). The Court further awards

attorney fees in the amount of $5,160.00 and costs in the amount $400.00.

    IT IS SO ORDERED.


                                                s/ Christopher A. Boyko  
                                                CHRISTOPHER A. BOYKO  
                                                United States District Judge

Dated:  October 6, 2015